```
                                                          MOATT    INVATT
                                                          CLOSED
                                                                         i
INTERNAL USE ONLY: Proceedings include all events.
04-17496 Center for Bio-Eth, et al v. Honolulu, et al
```

| | |
|---|---|
| CENTER FOR BIO-ETHICAL REFORM, INC.<br>    Plaintiff - Appellant | Robert K. Matsumoto<br>808/585-7244<br>Suite 701<br>[COR LD NTC ret]<br>345 Queen Street<br>Honolulu, HI 96813<br><br>Robert J. Muise, Esq.<br>FAX 734/930-7160<br>734/827-2001<br>[COR LD NTC ret]<br>THOMAS MORE LAW CENTER<br>24 Frank Lloyd Wright Drive<br>Ann Arbor, MI 48106 |
| GREGG CUNNINGHAM<br>    Plaintiff - Appellant | Robert K. Matsumoto<br>(See above)<br>[COR LD NTC ret]<br><br>Robert J. Muise, Esq.<br>(See above)<br>[COR LD NTC ret] |
| v. | |
| CITY AND COUNTY OF HONOLULU<br>    Defendant - Appellee | Gordon D. Nelson, Esq.<br>FAX 808/523-4583<br>808/523-4832<br>[NTC ret]<br>CORPORATION COUNSEL<br>City & County of Honolulu<br>Honolulu, HI 96813<br><br>Gregory J Swartz<br>523-4657<br>[COR LD NTC gov]<br>CITY & COUNTY OF HONOLULU<br>530 South King St.<br>Honolulu, HI 96813<br><br>David Z. Arakawa, Esq.<br>FAX 808/523-4583<br>808/523-4115<br>[COR ret]<br>OFFICE OF CORPORATION COUNSEL<br>530 South King Street<br>Honolulu, HI 96813<br><br>Jon M. Van Dyke, Esq.<br>FAX 808/956-5569<br>808/956-8509<br>[COR LD NTC gov]<br>SPECIAL DEPUTY CORPORATION |

```
                                                            MOATT    INVATT
                                                            CLOSED
                                                                              i
INTERNAL USE ONLY: Proceedings include all events.
04-17496 Center for Bio-Eth, et al v. Honolulu, et al
```

|  | COUNSEL<br>2515 Dole St.<br>Honolulu, HI 96822 |
|---|---|
| PETER CARLISLE, in his official capacity as the City and County of Honolulu Prosecuting Attorney<br>    Defendant - Appellee | Gordon D. Nelson, Esq.<br>(See above)<br>[NTC ret]<br><br>Gregory J Swartz<br>(See above)<br>[COR LD NTC gov]<br><br>David Z. Arakawa, Esq.<br>(See above)<br>[COR ret]<br><br>Jon M. Van Dyke, Esq.<br>(See above)<br>[COR LD NTC gov] |
| BOISSE P. CORREA, in his official capacity as Chief of Police, Honolulu Police Department, successor to Lee D. Donohue<br>    Defendant - Appellee | Gordon D. Nelson, Esq.<br>(See above)<br>[NTC ret]<br><br>Gregory J Swartz<br>(See above)<br>[COR LD NTC gov]<br><br>David Z. Arakawa, Esq.<br>(See above)<br>[COR gov]<br><br>Jon M. Van Dyke, Esq.<br>(See above)<br>[COR LD NTC gov] |

---------------------------

| SCENIC AMERICA, INC.<br>    Amicus | William D. Brinton<br>FAX 904/396-0663<br>904/398-3911<br>Suite 1500<br>[COR LD NTC ret]<br>ROGERS TOWERS BAILY JONES & GAY, PA<br>1301 Riverplace Boulevard<br>Jacksonville, FL 32207-1811 |
|---|---|
| THE OUTDOOR CIRCLE<br>    Amicus | Guy P. Archer, Esq.<br>FAX 808/593-0525<br>808/593-0300<br>Suite 306<br>[COR LD NTC ret] |